# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 28, 2022**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Lopez, Alicia A. | Docket No. | 0980 2:22CR00133-TOR-4 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Amber M. K. Andrade, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alicia A Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 28th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition #6:** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the conditions of pretrial release supervision were reviewed with Ms. Alicia A. Lopez. She acknowledged an understanding of the conditions, which included standard conditions number 8 and 6.

**Violation #1:** Ms. Lopez is alleged to have violated standard condition number 8 by consuming methamphetamine and marijuana on or about October 2, 2022.

On October 4, 2022, Ms. Lopez reported to the U.S. Probation Office (USPO) for her initial intake with the assigned pre-trial services officer. At that time, Ms. Lopez was subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine, methamphetamine, benzodiazepines, and marijuana. The defendant signed an admission of use form admitting to the use of methamphetamine and marijuana on or about October 2, 2022, but denied the use of benzodiazepines.

The urine sample was sent to a laboratory for further review, and on October 12, 2022, it was confirmed that the sample was in fact positive for amphetamine, methamphetamine, and marijuana.

**Violations #2-4:** Ms. Lopez is alleged to have violated standard condition number 6 by failing to report to the USPO on October 11, 18 and 25, 2022, as instructed.

During her initial intake, on October 4, 2022, Ms. Lopez was instructed to contact the assigned pre-trial services officer on a weekly basis. The defendant's next check-in date was scheduled for October 11, 2022.

On October 11, 2022, Ms. Lopez failed to report as instructed and she made no attempt to contact the assigned officer.

The following week, on October 18, 2022, Ms. Lopez again failed to report as instructed. It should be noted that she made no attempt to contact this officer on that date or during that week.

Re: Lopez,, Alicia A
October 28, 2022
Page 2

On October 25, 2022, Ms. Lopez failed to report as instructed. Once again, the defendant made no attempt to contact the undersigned officer. On that same date, multiple attempts to contact Ms. Lopez were made, via phone call and text message, however, she did not answer or respond. As of the writing of this report, Ms. Lopez' whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 28, 2022

by    s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

10/28/2022
Date