# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lopez, Alicia A. | Docket No. | 0980 2:22CR00133-TOR-4 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Amber M. K. Andrade, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alicia A. Lopez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Thomas O. Rice, sitting in the court at Spokane, Washington, on the 23rd day of March 2023, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office immediately after release and shall report as often as the probation office directs, at such times, and in such manner as they direct.

**Standard Condition #2:** Defendant shall not change her address or telephone number without permission of the Court.

**Standard Condition #4:** Defendant shall reside at her daughter's address in Airway Heights.

**Special Condition #18:** Defendant shall submit to a mental health evaluation as directed by the United States Probation/Pretrial Services Office, and undergo any recommended mental health treatment as directed by the United States Probation/Pretrial Services Office.

**Special Condition #17:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.

**Special Condition #16:** Defendant shall immediately undergo a substance abuse evaluation as directed by a U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 30, 2023, the conditions of pretrial release supervision were reviewed with Alicia A. Lopez. She acknowledged an understanding of the conditions, which included the standard and special conditions of supervision listed above.

**Violations #1-2:** Ms. Lopez is alleged to have violated standard condition number 6 by failing to report to the U.S. Probation Office on April 25, and May 2, 2023, as instructed.

During her initial intake on March 30, 2023, Ms. Lopez was instructed to contact the assigned pretrial services officer on a weekly basis. As instructed, on April 4, 2023, the defendant contacted the undersigned officer; at that time, she was reminded to check in again the following week as regularly scheduled.

On April 10, 2023, Ms. Lopez was contacted during a home inspection. The undersigned informed the defendant that the visit would satisfy her requirement to check in for the week, and she was reminded to check in again the following week.

On April 18, 2023, this officer received a text message from the defendant who was "checking in."

Since that date, the defendant failed to check in on April 25, and May 2, 2023. Ms. Lopez has not made any attempts to contact the undersigned officer either via a phone call or text message, on those dates or during those weeks.

**Violation #3:** Ms. Lopez is alleged to have violated standard condition number 2 by failing to provide the U.S. Probation Office with her valid phone number.

Because Ms. Lopez had failed to check in for 2 weeks, on May 3, 2023, this officer attempted to contact the defendant; there was no answer and an automated message advised that the subscriber was "not currently accepting calls."

Collateral contact with the defendant's daughter revealed that the defendant had been staying with her boyfriend. Therefore, this officer asked for his phone number. Later that same date, on May 3, 2023, this officer subsequently called Ms. Lopez' boyfriend. After identifying myself as an officer with the U.S. Probation Office, the defendant's boyfriend confirmed she was there, but requested to have her call this officer back in 5 minutes, as she was in the restroom. The undersigned instead offered to wait on the line as it was very important to speak with Ms. Lopez. After approximately 18 minutes on hold and no response, the undersigned terminated the call. This officer subsequently sent a text message to that phone number instructing Ms. Lopez to report to the U.S. Probation Office at 8 a.m. the next morning, May 4, 2023; it should be noted the defendant did not respond to that message.

When the undersigned was finally able to meet with the defendant on May 4, 2023, she claimed that her phone had been turned off. Ms. Lopez did state that she was using another cell phone in the meantime, but she made no attempt to provide this officer with her updated contact information.

**Violation #4:** Ms. Lopez is alleged to have violated standard condition number 4 by failing to reside at her daughter's address in Airway Heights, Washington.

On May 3, 2023, after attempts to contact the defendant were unsuccessful. This officer contacted Ms. Lopez's daughter. According to her daughter, the defendant had not been at her home for "a few days" and was reportedly staying with her boyfriend in Cheney, Washington. She stated that her mother claimed she needed to stay in Cheney, for work, which was not reported to or approved by the U.S. Probation Office. It should be noted, Ms. Lopez is not currently employed and she did not request or receive authorization to relocate from her daughter's address.

**Violation #5:** Ms. Lopez is alleged to have violated special condition number 18 by failing to submit to a mental health assessment on April 25, 2023, as scheduled.

On May 3, 2023, this officer received notification from Robert Shepard that the defendant had failed to report for her mental health assessment on April 25, 2023, as scheduled. According to the information received, Ms. Lopez had made no attempt to contact Mr. Shepard to reschedule that appointment.

**Violation #6:** Ms. Lopez is alleged to have violated special condition number 17 by failing to submit to random urinalysis testing.

On May 4, 2023, the defendant reported to the U.S. Probation Office as instructed, at which time she was notified she would be subject to random urinalysis testing; she claimed she was unable to provide a sample at that time. When confronted about her failure to report as instructed, as well as her relocation from her daughter's address without advance approval from the Court, Ms. Lopez began to make outlandish claims. Aside from claiming she had been "cornered" by the undersigned and another probation officer during urinalysis testing on October 4, 2022, the defendant insisted that the Court would have allowed her to reside with her boyfriend had it not been for this officer.

With Ms. Lopez unwilling to take any responsibility for her own inaction, and with the conversation becoming contentious, this officer suggested that the defendant sit in the lobby for a bit so she could cool down and drink water. After approximately 10 minutes, the undersigned attempted to make contact with Ms. Lopez to see if she was able to provide a urine sample, but she had departed. Since then, the defendant has made no attempt to contact this officer or submit to urinalysis testing at the U.S. Probation Office.

**Violations #7:** Ms. Lopez is alleged to have violated special condition number 16 by failing to submit to a substance abuse assessment on May 1, 2023, as scheduled.

On May 5, 2023, this officer received notification from Pioneer Human Services (PHS) that the defendant had failed to report for her substance abuse assessment on May 1, 2023, as scheduled. According to the information received, Ms. Lopez has made no attempt to contact PHS in order to reschedule that appointment as of the writing of this report.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    05/05/2023 |
| by | s/Amber M.K. Andrade |
|  | Amber M.K. Andrade<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

May 8, 2023
Date