PROB 12C
(6/16)

Report Date: July 20, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alicia A. Lopez | Case Number: 0980 2:22CR00133-TOR-4 |
| Address of Offender: ███████████ ████████████, Airway Heights, Washington 99001 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 29, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 13, 2023 |
| Defense Attorney: | Matthew F. Duggan | Date Supervision Expires: | July 12, 2026 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**:  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**:  On July 16, 2023, Alicia Lopez allegedly violated standard condition number 1, by failing to report to the U.S. Probation Office within 72 hours of her release from imprisonment. |
| | On the morning of July 13, 2023, the offender was released from custody at the Spokane County Jail (SCJ).  Since her release, Ms. Lopez has not reported to the U.S. Probation Office and has made no attempt to contact the undersigned officer. |
| | On July 19, 2023, this officer received confirmation from the SCJ that the offender was released from custody approximately 1 week prior, on July 13, 2023, at 6 a.m.  Shortly thereafter, on July 19, 2023, the undersigned attempted to contact Ms. Lopez at every phone number the probation office had on file for her (to include her boyfriend, her daughter, as well as her attorney's paralegal), but was unsuccessful.  As of the writing of this report, the offender's whereabouts is unknown. |

Prob12C
**Re: Lopez, Alicia A**
**July 20, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

July 20, 2023

Date