PROB 12C
(6/16)

Report Date: August 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Alicia A. Lopez | Case Number: | 0980 2:22CR00133-TOR-4 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 29, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 7, 2024) | Prison - 6 months<br>TSR - 30 months | | |
| Revocation Sentence:<br>(December 5, 2024) | Prison - 9 months<br>TSR - 45 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | August 8, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | May 7, 2029 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: On August 11, 2025, Alicia Lopez allegedly violated standard condition number 1 by failing to report to the U.S. Probation Office within 72 hours of her release from imprisonment.<br><br>On the morning of August 8, 2025, the offender completed her term of imprisonment with the Bureau of Prisons and was released from the Federal Detention Center in SeaTac, Washington. Since her release Ms. Lopez has not reported to the U.S. Probation Office and has made no attempt to contact the undersigned officer.<br><br>On August 12, 2025, this officer received confirmation from BOP that the offender was released from custody at approximately 8:25 a.m. on August 8, 2025. As of the writing of this report, the offender's whereabouts are unknown. |

Prob12C
Re: Lopez, Alicia A
August 12, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/12/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

August 13, 2025
Date