PROB 12C
(6/16)

Report Date:  September 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2025

SEAN F. McAVOY, CLERK

ECF No. 1430

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alicia A. Lopez                    Case Number: 0980 2:22CR00133-TOR-4

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 29, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 7, 2024) | Prison - 6 months<br>TSR - 30 months | |
| Revocation Sentence:<br>(December 5, 2024) | Prison - 9 months<br>TSR - 45 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 8, 2025 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: May 7, 2029 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/12/2025.

On September 4, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Lopez, as outlined in the judgment and sentence.  She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about September 6, 2025, Alicia Lopez allegedly violated special condition number 7 by consuming methamphetamine.

On September 9, 2025, the offender submitted to a substance abuse assessment with Pioneer Human Service (PHS), as arranged by the probation office. As an element of that assessment, Ms. Lopez was subject to random urinalysis testing and provided a urine sample

**Prob12C**
**Re: Lopez, Alicia A**
**September 24, 2025**
**Page 2**

that was presumptive positive for methamphetamine. That sample was sent to the lab for additional testing, but they did not notify this officer that the offender had provided a urine sample that was presumptive positive.

On September 17, 2025, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing. Ms. Lopez "attempted" to provide a valid urine sample three times, but was unable to do so; a sweat patch was subsequently applied to the offender as an alternative means of monitoring her sobriety.

During that time, the undersigned received a laboratory report confirming that the urine sample provided by Ms. Lopez on September 9, 2025, was in fact positive for methamphetamine and amphetamine.

When confronted with the laboratory results, the offender initially claimed that she had not consumed any illicit drugs. Ms. Lopez then suggested she was "around" someone who had used, but ultimately admitted to "smoking a little bit" on or about September 6, 2025; she signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 09/24/2025 |
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violations contained in this petition
        with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge
September 24, 2025

Date